IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGIA WETSIT,<br><br>Defendant. | CR 14-36-GF-BMM-01<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO REVOKE DEFENDANT'S SUPERVISED RELEASE** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 14, 2016. (Doc. 49.) Neither party filed objections. When a party makes no objections, the Court need not review de novo the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

1

Judge Johnston conducted a revocation hearing on April 12, 2016. (Doc. 44.) Wetsit admitted to having violated her conditions of supervised release by failing to report to her probation officer as directed, failing to follow her probation officer's instructions, failing to participate in substance abuse testing, and failing to participate in substance abuse treatment. (*Id.*) Judge Johnston found the evidence sufficient to establish that Wetsit had violated the conditions of her supervised release. (*Id.*)

Judge Johnston recommends this Court revoke Wetsit's supervised release. (Doc. 49.) Judge Johnston recommends that the Court sentence Wetsit to three months imprisonment, with 32 months of supervised release to follow. (*Id.*) Judge Johnston further recommends that this Court include as a condition of Wetsit's supervised release that she be required to reside in a residential reentry center. (*Id.*)

Wetsit's criminal history category is I, the current violation is a Grade C, and the underlying offense is a Class C felony. The statutory range is a maximum of 24 months. The statutory and guideline term of supervised release is 35 months, less any custody time imposed. The United States Sentencing Guidelines call for three to nine months in custody.

This Court finds no clear error in Judge Johnston's Findings and Recommendations. Wetsit's current violation is serious in nature. A sentence of

three months imprisonment with 32 months supervised release to follow is sufficient, but not greater than necessary.

**IT IS HEREBY ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 49) is ADOPTED IN FULL. **IT IS FURTHER ORDERED** that Defendant Georgia Wetsit shall be sentenced to **three months imprisonment with 32 months of supervised release to follow**.

The special conditions contained in the judgement, and which Judge Johnston read in open court, shall be imposed.

The following condition shall also be imposed:

The defendant shall reside in a Residential Reentry Center (RRC) under contract to the United States Bureau of Prisons, in the pre-release component, for a period of 6 months. The defendant shall abide by all rules and regulations of the center and complete successfully any programming as deemed appropriate by the United States Probation Office.

DATED this 2nd day of May, 2016.

_____
Brian Morris
United States District Court Judge